# DAVID L. LORD AND ASSOCIATES, P.A.
## ATTORNEYS AT LAW

DAVID L. LORD
GREGORY J. ALSTON
OTTIS B. "CHIP" CROCKER, III*

GULFPORT OFFICE:
2300 24TH AVENUE
GULFPORT, MS 39501
(228) 868-5667
FAX (228) 868-2554

HATTIESBURG OFFICE:
808 WEST PINE STREET
HATTIESBURG, MS 39401
(601) 583-6132
FAX (601) 582-5627

PICAYUNE OFFICE:
108 B CHURCH STREET
PICAYUNE, MS 39466
(601) 798-8989
FAX (601) 798-5553

November 20, 2009

Danny L. Miller, Clerk
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

Re:  NAOMI FRAZIER
Case No.:  09-52555-NPO

The above referenced debtor's address is:

Mailing & Physical Address:
16304 Johnson Still
Biloxi, MS 39532

*LLM IN ADMIRALTY