IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  NAOMI FRAZIER                              CHAPTER 13
                                                   CASE NO. 09-52555-KMS

<u>TRANSMITTAL OF FUNDS TO COURT REGISTRY</u>

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due to each entity which may be entitled to be paid from the funds is as follows:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| NAOMI FRAZIER | 11413 PINEWOOD HILLS LN<br>VANCLEAVE MS 39565-7893 | $1,166.00 |

The Trustee's check, payable to the Clerk, U. S. Bankruptcy Court, in the amount of $1,166.00, is attached hereto with a request that such funds be deposited into the Court's Registry.

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s) at the address listed above and the attorney for the debtor(s).

Date:  <u>October 23rd, 2014</u>

Signed:  <u>    /s/ *Warren A. Cuntz, Jr.*      </u>,
                Chapter 13 Standing Trustee
                Warren A. Cuntz, Jr.